**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 22, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00577-CV**

---

**IN RE LUCKS AIR & HEAT, LLC, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-48411**

---

## MEMORANDUM OPINION

On August 8, 2024, relator Lucks Air & Heat, LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Elaine H. Palmer, presiding judge of the 215th District Court of Harris County, to vacate the trial court's July 10, 2024 order denying relator's amended motion for leave to

designate the City of Bunker Hill Village and Steve Smith as responsible third parties, or, in the alternative, for opportunity to replead.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.